# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | DIVISION ONE |
| | ) | |
| Respondent, | ) | No. 78011-5-I |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| JEREMY RAY FORINASH | ) | |
| a.k.a JEREMY RAY COLE, | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | FILED: MAY 13 2019 |

PER CURIAM — Jeremy Forinash challenges legal financial obligations (LFOs) imposed following his convictions for misdemeanor and felony harassment. Gallagher contends, and the State concedes, that the trial court erred in imposing the $100 DNA (deoxyribonucleic acid) collection fee due to evidence that he suffers from a mental health condition. See RCW 9.94A.777 (1), (2). The State further concedes that because the court found Forinash suffers from a diagnosed mental illness and does not possess any ability to pay non-mandatory LFOs, "[t]he record here is sufficient to conclude that the trial court also should have waived the $100 DNA fee under RCW 9.94A.777." We accept the State's concessions and remand for the court to strike the DNA fee from Forinash's judgment and sentence.

For the Court: